[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-10276
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 22, 2011
JOHN LEY
CLERK

D.C. Docket No. 8:09-cr-00018-SCB-MAP-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

COSMO MOORE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(June 22, 2011)

Before HULL, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Daniel Francis Daly, appointed counsel for Cosmo Moore in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Moore's conviction and sentence are **AFFIRMED**.

Furthermore, Moore's motion to seal this case's record and limit public access to its docket entries is **GRANTED**. Additionally, Moore's motion to appoint new counsel is **DENIED** as moot.